IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHILLIP DEWAYNE STEWART**                                                                 **PETITIONER**
a/k/a SHAQUILE LEBRON ISRAEL

v.                                          4:22-cv-00253-LPR-JJV

**DEXTER PAYNE, Director,**
Arkansas Division of Correction                                                              **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections.[1] After carefully considering the objections and making a *de novo* review of the PFRD and record, the Court concludes the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.[2]

IT IS, THEREFORE, ORDERED that:

1. Mr. Stewart's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED with prejudice.

2. A certificate of appealability will not issue.

Dated this 27th day of December 2022.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Here, the Court uses the phrase "Petitioner's Objections" to refer to Docs. 16 and 17. Doc. 16 is what one would traditionally think of as an objection. Doc. 17 is styled a motion, but is actually a bunch of asserted facts Mr. Stewart wants the Court to consider. The Court has considered them.

[2] The Court wishes to note the fairly-strong implication in *Spencer v. Kemna*, 523 U.S. 1, 7 (1998) that the Supreme Court's presumption of collateral consequences recognized in Footnote 1 of the PFRD should be revisited in an appropriate case.