**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PHILLIP DEWAYNE STEWART**                                               **PETITIONER**
**a/k/a SHAQUILE LEBRON ISRAEL**

**v.**                                        **4:22-cv-00253-LPR-JJV**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                        **RESPONDENT**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.   A certificate of appealability will not issue.

DATED 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE